UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. BENEDITH,<br><br>    Plaintiff,<br><br>v.<br><br>CASE WESTERN RESERVE UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 17-cv-06276-JST<br><br>**ORDER DISMISSING CASE FOR FAILURE TO SHOW CAUSE**<br><br>Re: ECF No. 26 |

For the reasons stated in the Court's January 31, 2018 Order to Show Cause, ECF No. 41, the Court concludes that Peter C. Benedith has neither properly served his complaint nor shown cause for his failure to serve as to Defendants Cuyahoga County, MetroHealth Medical Center, and Department of Medicine MetroHealth Medical Center. The case is therefore dismissed with prejudice against these Defendants. The clerk shall enter judgment.

**IT IS SO ORDERED.**

Dated: February 23, 2018

JON S. TIGAR
United States District Judge